| IN THE UNITED STATES DISTRICT COURT<br>FOR THE NORTHERN DISTRICT OF MISSISSIPPI<br>DELTA DIVISION | |
|---|---|
| DANNY R. LOVE,<br>     Plaintiff,<br><br>vs.<br><br>W.W. GRAINGER, INC.,<br>     Defendant. | )<br>)<br>)<br>)    Civil Action No. 2:05CV78-MB<br>)<br>)<br>)<br>) |

**THIS MATTER** is before the Court upon Defendant's Motion to Quash [doc. 32]. Having considered the motion, supporting memorandum [doc. 33] and exhibits, I find the motion to quash should be granted for plaintiff's failure to comply with the provisions of FED.R.CIV.P. 45 as outlined in defendant's Motion and supporting Memorandum.

**THEREFORE, IT IS ORDERED** that the motion to quash is **GRANTED**; and defendant shall not be required to comply with the subpoenas served by plaintiff on April 18, 2006.

**THIS**, the 28th day of April, 2006.

/s/ Eugene M. Bogen
U. S. MAGISTRATE JUDGE